OCT.30,2007
US DISTRICT COURT OF COLORADO
ALFRED A.ARRAJ COURTHOUSE
901 19 TH ST
DENVER, CO 80294-3589
ATT: CHIEF JUDGE ED. W. NOTTINGHAM
CASES: 98-M-2455,02-M-1359(BNB),OO-M-823,98-M-2019
EXHIBIT A



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 2007

GREGORY G. LANGHAM
CLERK

MY LAWYER IN SAN FRANCISCO HAS DIED AND THE ONLY OTHER LAWYER THAT I'VE KNOWN IS ONE MR. BILL ORR OF AMERICAN CONSTITUTIONAL LAW FOUNDATION, CALL HIM AND HE HAS LOST HIS HEARING. MY LAWYER FROM CALIFORNIA IS A RELATIVE TO FORMER US SUPREME COURT JUSTICE WHITE.

AS IM GOING TO GET THE US JUSTICE DEPARTMENT TO LOOK INTO THE ACTIVITIES OF THIS HONORABLE COURT, WILL NEED TO FINE A PRO BONO LAWYER.

**EXHIBIT** A SHOW IM TO HAVE MY SPINE OPERATED ON NOV.5,2007. WILL BE IN HOSPITAL FOR FIVE DAYS AND THERE WILL BE NINE WEEKS TO KEEP OF MY BACK AT THE MOST.

WILL NEED SOME MORE TIME TO ANSWER ORDER ON MOTION TO REOPEN/AMEND CASE #02-CV-1359-WDM-BNB. MY ONE COMMENT IS THERE IS NOT ONE CORRECT STATEMENT ANYWHERE IN ORDER.

KENNETH GAMMON
10815 E. HOLDEN CIRCLE
FRANKTOWN, CO 80116
720)733-7872



# Rocky Mountain Spine Clinic, P.C.

*Conservative and Surgical Treatment of Spinal Disorders*

John A. Odom, Jr., M.D.
Eric R. Jamrich, M.D.
John R. Barker, M.D.
*Orthopaedic Surgeons*



## YOU MUST TAKE THIS FORM TO YOUR APPOINTMENT WITH YOUR PRIMARY CARE / FAMILY PHYSICIAN / INTERNIST FOR YOUR PRE-SURGICAL TESTING.

PATIENT NAME: _Kenneth Gammon_

DATE OF SURGERY: _11·5·07_

Please complete the **PRE-ADMISSIONS TESTS** checked below and <u>fax the results to our office at 303-225-8130</u> **at least three days prior to the patient's surgery date.**

Additionally, please fax the results to:

- ❐ Chris / Sky Ridge Medical Center @ FAX: 720-225-1639
  or
- ❐ Sharleen / The Medical Center of Aurora @ FAX: 303-695-2912

Please direct any questions or concerns on any of the below tests to the Rocky Mountain Spine Clinic, Scheduling Coordinator, at 303-225-8120. Thank you.

---

☐ Dictated Pre-operative History & Physical:
Results of **PREGNANCY TEST**, or rationale as to why test was not needed or not done, must be dictated into H&P for all female patients under the age of 50 years.

☐ Pre-operative Lab Work to include:
  √ CBC
  √ SMA-22
  √ PT/PTT
  √ UA

☐ Pre-operative Chest X-ray    No! every 5 years only !

☐ Pre-operative EKG

☐ PFT  ~  Please have Dr. Joseph Forrester interpret the results.

10103 RidgeGate Parkway • Suite 306 • Lone Tree, CO 80124
Phone 303/225-8120 • Fax 303/225-8130
www.spineclinic.com